IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| NANCY DRAKE, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   1:12-cv-01237-JPM-egb |
| v. | ) |
| | ) |
| JLC, INC. d/b/a/ McDONALD'S | ) |
| (BROWNSVILLE, TN, FRANCHISEE), | ) |
| | ) |
|     Defendant. | ) |

_____

**JUDGMENT**
_____

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Stipulation of Voluntary Dismissal (ECF No. 19), filed June 26, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the parties' Stipulation, all claims by Plaintiff against Defendant are hereby DISMISSED WITHOUT PREJUDICE.

APPROVED:

s/ Jon P. McCalla
JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

June 27, 2013
Date